**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | William B Benkovich<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4616<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Pamela D. Benkovich<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6800<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13  4/30/18 |
| Case number: | 18–18665–KCF | Date case converted to chapter: 7  7/10/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | William B Benkovich | Pamela D. Benkovich |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 20 Seaton Road<br>Toms River, NJ 08755 | 20 Seaton Road<br>Toms River, NJ 08755 |
| 4. | Debtor's attorney<br>Name and address | Bruce W. Radowitz<br>636 Chestnut Street<br>Union, NJ 07083 | Contact phone (908) 687–2333 |
| 5. | Bankruptcy trustee<br>Name and address | John W. Hargrave<br>Law Offices of John W. Hargrave<br>117 Clements Bridge Road<br>Barrington, NJ 08007 | Contact phone (856) 547–6500 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 609–858–9333 Date: 7/11/18 |
|---|---|---|
| 7. **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 6, 2018 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/5/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:  
William B Benkovich  
Pamela D. Benkovich  
     Debtors

Case No. 18-18665-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 11, 2018  
                   Form ID: 309A     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.

```
db/jdb         +William B Benkovich,   Pamela D. Benkovich,   20 Seaton Road,   Toms River, NJ 08755-6418
517485774      +Bayview Loan Servicing LLC c/o,   Shapiro & Denardo, LLC,   14000 Commerce Parkway, Ste B,
                 Mount Laurel, NJ 08054-2242
517485776      +Best Buy,   PO Box 17298,   Louisville, KY 40217
517485777      +Citi Card,   PO Box 9001037,   Louisville, KY 40290-1037
517543527      +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517485782      +Macy,   PO Box 78008,   Phoenix, AZ 85062-8008
517485784     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Accept. Corp.,   Po Box 371491,
                 Pittsburgh, PA 15250-7491)
517520497       Nissan - Infiniti LT,   POB 660366,   Dallas, TX 75266-0366
517485785      +Nissan Motor Acceptance,   Po Box 742657,   Cincinnati, OH 45274-2657
517617425     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
517485786      +Sears,   Po Box 78051,   Phoenix, AZ 85062-8051
517485792      +Summit Medical Group, PA,   Attn #8549X,   Po Box 14000,   Belfast, ME 04915-4033
517485793      +Synchrony Bank c/o Selip & Stylianou LLP,   10 Forest Avenue ste 300,   Po Box 914,
                 Paramus, NJ 07653-0914
517544235      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: bradowitz@comcast.net Jul 11 2018 23:29:14     Bruce W. Radowitz,
                 636 Chestnut Street,   Union, NJ  07083
tr             +EDI: FJWHARGRAVE.COM Jul 12 2018 02:53:00     John W. Hargrave,
                 Law Offices of John W. Hargrave,   117 Clements Bridge Road,   Barrington, NJ 08007-1803
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:24     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517485772      +EDI: AMEREXPR.COM Jul 12 2018 02:53:00     American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
517610607       EDI: BECKLEE.COM Jul 12 2018 02:53:00     American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
517485775      +EDI: WFNNB.COM Jul 12 2018 02:53:00     Bed Bath & Beyond,   Po Box 659834,
                 San Antonio, TX 78265-9134
517547501       EDI: BL-BECKET.COM Jul 12 2018 02:53:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517485778      +EDI: WFNNB.COM Jul 12 2018 02:53:00     Comenity- New York & Co,   Po Box 659728,
                 San Antonio, TX 78265-9728
517485779       EDI: IRS.COM Jul 12 2018 02:53:00     Internal Revenue Service,   Po Box 7346,
                 Philadelphia, PA 19101-7346
517485780      +EDI: CBSKOHLS.COM Jul 12 2018 02:53:00     Koh's Payment Center,   Po Box 2983,
                 Milwaukee, WI 53201-2983
517630747       EDI: RESURGENT.COM Jul 12 2018 02:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517592619      +EDI: MID8.COM Jul 12 2018 02:53:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517621351       EDI: NAVIENTFKASMSERV.COM Jul 12 2018 02:53:00     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517485783      +EDI: NAVIENTFKASMSERV.COM Jul 12 2018 02:53:00     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517633574       EDI: NAVIENTFKASMSERV.COM Jul 12 2018 02:53:00     Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
517630185       EDI: PRA.COM Jul 12 2018 02:53:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517618273       EDI: Q3G.COM Jul 12 2018 02:53:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517589138       EDI: Q3G.COM Jul 12 2018 02:53:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517485787      +E-mail/Text: collections@sharonview.org Jul 11 2018 23:30:21
                 Sharonview Federal Credit Union,   Po Box 2070,   Fort Mill, SC 29716-2070
517485788      +E-mail/Text: collections@sharonview.org Jul 11 2018 23:30:21
                 Sharonview Federal Credit Union,   Po Box 2711,   Omaha, NE 68103-2711
517493265       EDI: RMSC.COM Jul 12 2018 02:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517485794       EDI: TFSR.COM Jul 12 2018 02:53:00     Toyota Financial Services,   Po Box 371339,
                 Pittsburgh, PA 15250-7339
517485795      +EDI: VERIZONCOMB.COM Jul 12 2018 02:53:00     Verizon,   Po Box 408,   Newark, NJ 07101-0408
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jul 11, 2018
                               Form ID: 309A            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517485796       +EDI: WFNNB.COM Jul 12 2018 02:53:00      Victoria Secret,   Po Box 659728,
                 San Antonio, TX 78265-9728
                                                                                             TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517485781          Linden Police and Fire FCU
517485773*       +American Express,   PO Box 1270,   Newark, NJ 07101-1270
517485791*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,   Divison of Taxation,   PO Box 245,
                   Trenton, NJ 08695)
517485789*       +Sharonview Federal Credit Union,   Po Box 2711,   Omaha, NE 68103-2711
517485790*       +Sharonview Federal Credit Union,   Po Box 2711,   Omaha, NE 68103-2711
                                                                                     TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor William B Benkovich bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Bruce W. Radowitz    on behalf of Joint Debtor Pamela D. Benkovich bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```