Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−18665−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William B Benkovich                                   Pamela D. Benkovich
  20 Seaton Road                                             20 Seaton Road
  Toms River, NJ 08755                             Toms River, NJ 08755

Social Security No.:
  xxx−xx−4616                                                     xxx−xx−6800

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 9, 2018</u>                   <u>Kathryn C. Ferguson</u>
                                             Judge, United States Bankruptcy Court